NUMBER 13-02-249-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

SCHAWANDA EVETTE THOMAS,         Appellant,

 

                                                   v.

 

BETTY
BURDETT FAVREAU,                                                    Appellee.

____________________________________________________________________

 

                         On appeal from the 60th District Court

                                of Jefferson
County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                     Before Justices
Dorsey, Rodriguez, and Castillo

Opinion
Per Curiam

 








Appellant, SCHAWANDA
EVETTE THOMAS, perfected an appeal from a judgment entered by the 60th District Court of Jefferson County, Texas, in
cause number B-164580. 
After the notice of appeal was filed, appellant filed a motion to
dismiss the appeal.  In the motion,
appellant states that this case has been resolved and appellant no longer
wishes to prosecute this appeal. 
Appellant requests that this Court dismiss the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

 

Opinion delivered and filed this

the 20th day of June, 2002.